**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DANIEL TORONGO, et al.,

    Plaintiffs,

v.

DOUGLAS BURGUM, in
his official capacity as
Secretary of the Interior, et
al.,

    Defendants,

CHEMEHUEVI INDIAN
TRIBE, et al.,
Tribal Nation Defendant-
Intervenors,

    and,

CACTUSTOCLOUD
INSTITUTE, et al.,
Conservation Defendant-
Intervenors.

Case No. 4:25-cv-11263

Honorable F. Kay Behm
Magistrate Judge
Elizabeth A. Stafford

---

**ORDER**

In light of the Parties' stipulation, it is hereby ordered that the deadline for

Defendants, Tribal National Defendant-Intervenors, and Conservation Defendant-

Intervenors to respond to Plaintiffs' complaint shall be 14 days after the Court

1

resolves the motions to transfer venue.

**IT IS SO ORDERED.**

Date: April 13, 2026                                s/F. Kay Behm
                                                    F. Kay Behm
                                                    United States District Judge